**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____ Case No. _____

**MEDINA MONTANEZ, MOISES**_____ Chapter **13**_____
<span>Debtor(s)</span>

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **8/31/2010** ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                     Filed by: ☐ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

| | | | |
|---|---|---|---|
| $ **550.00** | x **60** | = $ | **33,000.00** |
| $ | x | = $ | |
| $ | x | = $ | |
| $ | x | = $ | |
| $ | x | = $ | |

TOTAL: $ **33,000.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **33,000.00**

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,854.00**

Signed: **/s/ MOISES MEDINA MONTANEZ**
        Debtor

_____
        Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
   Cr. _____ Cr. _____ Cr. _____
   # _____ # _____ # _____
   $ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
   Cr. _____ Cr. _____ Cr. _____
   # _____ # _____ # _____
   $ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
   Cr. _____ Cr. _____ Cr. _____
   # _____ # _____ # _____
   $ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
   _____
5. ☐ Other:
   _____
6. ☐ Debtor otherwise maintains regular payments directly to:
   _____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
   Cr. _____ Cr. _____ Cr. _____
   # _____ # _____ # _____
   $ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**DEBTOR(S) will pay GENERAL UNSECURED in full (100% + 6% interest per annum), under Chapter 13 Plan.**

***Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.**

---

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**_____ Phone: **(787) 744-7699**

**CHAPTER 13 PAYMENT PLAN**