IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MOISES MEDINA MONTANEZ

DEBTOR(S)

CASE NO 10-07980-SEK

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

NOW COMES, **MOISES MEDINA MONTANEZ**, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor is hereby submitting an amended Plan dated October 11, 2010, herewith and attached to this motion.

2. This amended Chapter 13 Plan is filed to increase the Plan base to cure the "insufficiently funded".

I **CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Moises Medina Montanez; and to all creditors and parties in interest in the present case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 11th day of October, 2010.

/s/ Roberto Figueroa-Carrasquillo
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO (787) 744-7699 FAX 746-5294
EMAIL: rfigueroa@prtc.net

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. **10-07980-13**

**MEDINA MONTANEZ, MOISES** Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☒ AMENDED PLAN DATED: 10/11/2010
☐ PRE ☐ POST-CONFIRMATION  Filed by: ☒ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 550.00 x 12 = $ 6,600.00
$ 720.00 x 48 = $ 34,560.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 41,160.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 41,160.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,854.00**

Signed: /s/ Moises Medina Montanez
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☒ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**DEBTOR(S) will pay GENERAL UNSECURED in full (100% + 6% interest per annum), under Chapter 13 Plan.**

*Or as otherwise specified on proof of claim.
**Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.**

Attorney for Debtor **R. Figueroa Carrasquillo Law Office** Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

**MEDINA MONTANEZ, MOISES**
ESTANCIAS DEL REY
APT 208
CAGUAS, PR  00725

**MACY'S**
PO BOX 4583
CAROL STREAM, IL  60197-4583

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

**RADIO SHACK**
PO BOX 9714
JOHNSON CITY, TN  37615-9714

**AMERICAN EXPRESS**
PO BOX 47455
JACKSONVILLE, FL  32247-7455

**SAM'S**
PO BOX 103036
ROSWELL, GA  30076-9036

**BANCO POPULAR DE PR**
PO BOX 70100
SAN JUAN, PR  00936-8100

**SAMS**
PO BOX 105980 DEPT 77
ATLANTA, GA  30353-5980

**COSTCO**
PO BOX 15521
WILMINGTON, DE  19850-5521

**SEARS**
PO BOX 6189
SIOUX FALLS, SD  57117

**HOME DEPOT**
PO BOX 103108
ROSWELL, GA  30076-9108

**HOME DEPOT**
PO BOX 530919
ATLANTA, GA  30353-0919

**HSBC/BST BUY**
PO BOX 60148
CITY OF INDUSTRY, CA  91716-0148

**JC PENNEY**
PO BOX 364788
SAN JUAN, PR  00936-4788

**LCDA ILEANA M RIVERA TORRES**
47 MIGUEL PLANELLAS
CIDRA, PR  00739